

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-20-00225-CV

---

**TEXAS PRIVATE SCHOOL FOUNDATION, INC.
A/K/A TEXAS PRIVATE SCHOOLS FOUNDATION, INC.
D/B/A ALLEN ACADEMY, APPELLANT**

V.

**JERRY A. BULLIN, INDIVIDUALLY, CJB PARTNERS, LTD.,
AND ITS GENERAL PARTNER, CJB PARTNERS MANAGEMENT, LLC,
AND BRE GROUP, LTD., APPELLEES**

---

On Appeal from the 361st District Court
Brazos County, Texas
Trial Court No. 14-001051-CV-361, Honorable Steven Lee Smith, Presiding

---

January 4, 2021

## ORDER

Before PIRTLE and PARKER and DOSS, JJ.

Appellant, Texas Private School Foundation, Inc. a/k/a Texas Private Schools Foundation, Inc. d/b/a Allen Academy, appeals from the trial court's final judgment. Appellees, Jerry A. Bullin, individually, CJB Partners, Ltd., and its general partner, CJB Partners Management, LLC, and BRE Group, Ltd., have filed a cross-appeal. Now

pending before this Court is the parties' "Joint Motion to Set Agreed Briefing Schedule or, Alternatively, for Extension of Time." We grant the motion and set the appellate briefing deadlines as stipulated by the parties in their motion:

1.    appellant's and cross-appellants' merits briefs are due February 10, 2021;

2.    appellees' and cross-appellee's briefs are due April 6, 2021; and

3.    appellant's and cross-appellants' reply briefs are due May 5, 2021.

It is so ordered.

Per Curiam